Memo Endorsed

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.H. DAVIDSON & CO. AND DAVIDSON KEMPNER
INTERNATIONAL, LTD.,

Plaintiffs,

- against -

Case No. 11-CIV-5520 (CM)

PROGRESS ENERGY, INC. AND CP&L ENERGY, INC.

Defendants.

## STIPULATED DISCONTINUANCE AND DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiffs M.H. Davidson & Co. and Davidson Kempner International, Ltd., and Defendants Progress Energy, Inc. and CP&L Energy, Inc., through their counsel of record, that the above-captioned action be discontinued and dismissed with prejudice, with each party bearing its own costs, fees, and expenses except as otherwise agreed between the parties.

**CAHILL GORDON & REINDEL LLP**

By: _____
Jonathan D. Thier
George Wailand
John O. Enright
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
*Attorneys for Plaintiffs*

**McGUIREWOODS LLP**

By: _____
Marshall Beil
Marco G. Serrano
1345 Avenue of the Americas
New York, New York 10105
Telephone: (212) 548-7004
*Attorneys for Defendants*

SO ORDERED this 12 day of Oct, 2011:

_____
UNITED STATES DISTRICT JUDGE